# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

*PARTIALLY SEALED CASE*

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Cr. # 0700131-16 (JR) |
| ) | |
| **ROBERT CHASE**    ) | |
| _____) | |

## NOTICE OF APPEARANCE

The undersigned hereby enters her appearance as court-appointed counsel for defendant Robert Chase.

Respectfully submitted,

_____
Elise Haldane #242826
303 E Street, NE
Washington, DC 20002
202/659-8700
Fax 202/544-0165

## CERTIFICATE OF SERVICE

_____I certify that a copy of the foregoing Notice of Appearance has been served, by hand, upon Arvind Lal, AUSA, this 30th day of May, 2007.

_____
Elise Haldane

_____

Case 1:07-cr-00131-JR   Document 4   Filed 05/30/2007   Page 2 of 2