UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Cr. # 0700131-16 (JR) |
| ) | |
| ROBERT CHASE ) | FILED |
| _____ ) | JUN 1 1 2007 |

**MOTION FOR RECONSIDERATION OF DETENTION ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant Robert Chase, through counsel, Elise Haldane, respectfully moves this Court for reconsideration of the detention order of the Honorable Alan Kay pursuant to 18 U.S.C § 3145(b). As grounds for this motion, the defendant states:

1. Robert Chase is a forty-six year old native of the District of Columbia. As a result of a spinal injury, he suffers from spinal stenosis, is partially paralyzed and is permanently disabled.

2. Despite the efforts of the defendant, defense counsel and the Court, Mr. Chase has not received appropriate medical treatment while incarcerated at the DC Jail. For example, following his arrival at the Jail, no lower bunks were available. Since Mr. Chase is unable to climb to an upper bunk, he requested a lower bunk. Correctional officers suggested that he sleep on the floor.[1] Mr. Chase further reports that since June 1, 2007,

---

[1] This issue was resolved after defense counsel contacted the medical director.

he has not received the medication necessary to treat his condition – despite its initial issuance and a medical alert forwarded by the Court.

3. The defense respectfully submits that conditions of release, including heightened supervision and electronic monitoring, would insure the safety of the community and protect its from any danger from the defendant.

4. While Mr. Chase has prior convictions for drug distribution, his last offense occurred nearly ten years ago; probation was terminated early due to his medical condiction.

WHEREFORE, the defendant respectfully requests that the Court reconsider the detention order issued by Magistrate-Judge Kay on May 25, 2007.

Respectfully submitted,

_____
Elise Haldane #242826
303 E Street, NE
Washington, DC 20002
202/659-8700

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Reconsideration of Detention Order has been served, by hand, upon Arvind Lal, AUSA, this 11th day of June, 2007.

_____
Elise Haldane

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. # 0700131-16 (JR) |
| | ) | |
| ROBERT CHASE | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Motion for Reconsideration of Detention Order, the government's response thereto, and the arguments of counsel in open court, it is, this \_\_\_\_\_ day of June, 2007, hereby

ORDERED that the defendant's Motion shall be, and hereby is

GRANTED.

_____
JAMES ROBERTSON
DISTRICT COURT JUDGE