UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              :

                v.                    :    CR. NO. 07-131-ALL (JR)

JAMES BECTON ET AL                    :

REQUEST FOR INTERIM COMPENSATION FOR INVESTIGATORS

Counsel for defendant Becton, on behalf of all investigators appointed in this matter pursuant to the Criminal Justice Act, respectfully requests that this honorable court approve the payment of interim compensation and submit its approval to the U.S. Court of Appeals for the D.C. Circuit. In support of his request, counsel states the following:

1. Counsel has been requested by various investigators in this matter who have been appointed under the Criminal Justice Act to request that the court approve the payment of interim compensation for their efforts. Recently such a request was made on behalf of all appointed counsel. The extent of the allegations and the likelihood of a superseding indictment, coupled with the voluminous discovery, requires substantial and extended effort on the part of investigators as well as counsel.

2. Payment of interim compensation, which is expressly provided by statute, will alleviate the financial hardship that investigators will be required to bear during the lengthy pendency of this matter.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the court grant their request and approve compensation in the manner suggested in the attached order.

Respectfully submitted,

_____/s/_____
Edward C. Sussman, No. 174623

On Behalf of All Appointed Investigators
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C.. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was served electronically on all co-counsel in this matter on this 18th day of October, 2007.

_____
Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 07-131-ALL (JR) |
| JAMES BECTON  ET AL | : | |

### O R D E R

    Because of the length and complexity of the proceedings in the above captioned matter, investigators appointed pursuant to the Criminal Justice Act may use the following procedures to obtain interim payments during the course of their representation:

    Investigators may submit to the Office of the Federal Defender Interim CJA Form 21 (entitled "Appointment and Authority to Pay Court Appointed Counsel") setting forth an itemization of compensation earned and reimbursable expenses. The notation "Interim Compensation" should be typed on the top of these forms.

    The first interim voucher, due on the sixth day of the month following the approval of this order, should reflect all compensation claimed and reimbursable expenses incurred from the date of counsel's appointment.

    Thereafter, counsel shall submit interim vouchers every 30 days as set forth above. The court will review the Interim Vouchers when submitted and will authorize compensation to be paid for the approved number of hours, and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first Interim Voucher or any subsequent Interim Vouchers cumulatively seek compensation exceeding the amount initially approved by the court,

(excluding reimbursement sought for expenses), these vouchers must be accompanied by a letter supporting the claim for compensation and then approved by this court and the Chief Judge of the Circuit before disbursement can be made. One-fifth of the total amount approved for each voucher submitted shall be withheld until the final accounting. At the conclusion of the representation, investigators shall submit a final voucher seeking payment of the one-fifth balance withheld for the earlier Interim Vouchers.

The notation "Final Voucher" should be typed at the top of the last Form 21 submitted for reimbursement. The Final Voucher should set forth all compensation and reimbursement previously received for representation in this matter, as well as the balance remaining due to counsel. After review by the Office of the Federal Defender, the Court will review each Interim and Final Voucher and submit each to the Chief Judge of the Circuit Court for review and approval. The vouchers will then be returned to the Office of the Federal Defender for processing and submission for payment to the appropriate disbursing authority.

SO ORDERED.

_____        _____
DATE                           JAMES ROBERTSON
                               UNITED STATES DISTRICT JUDGE


_____        \_\_ _____
DATE                           DOUGLAS H. GINSBURG
                               CHIEF JUDGE, U.S. COURT OF APPEALS
                                D.C, CIRCUIT

cc:   Ericka Freeman
     CJA Panel Administrator
     Federal Defender Service
     Suite 555
     625 Indiana Avenue N.W.
     Washington, D.C. 20004

     All defense counsel