UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :     Criminal No. 07-131-13 (JR)
          v.                      :
                                  :
TYRONE WASHINGTON                 :

**<u>DEFENDANT'S MOTION FOR LAW LIBRARY ACCESS</u>**

    Defendant Tyrone Washington, by and through undersigned counsel and pursuant to Federal Rules of Criminal Procedure 12(b) 47(a), respectfully moves this honorable court to grant him access to the jail law library no fewer than three times per week for the purpose of reviewing electronic evidence disclosed by the government and intended for use at trial.  In support thereof, counsel states:

    1.  The defendant is one of some eleven co-defendants charged by the United States in a superseding indictment with a broad-ranging and lengthy conspiracy to distribute and possess with intent to distribute cocaine base, cocaine and cannabis.

    2.  As part of discovery, the United States has disclosed on compact discs some 50,000 recorded conversations intercepted from seven different wiretaps.  Several of the counts against Mr. Washington allege unlawful use of the telephone, and stem directly from the intercepted conversations disclosed.

    3.  The Federal Public Defender has recently provided computers to the jail law library in order to permit incarcerated

defendants to listen to wiretap evidence, in an effort to reduce the expense of attorneys reviewing electronic evidence with their clients.  Each codefendant needs sufficient to review the relevant evidence.  Pretrial review of the evidence is crucial in this case due to the importance of the wiretap evidence and its centrality to the charges alleged.  Increased access to the law library provides an efficient and economical way to accomplish this review.

    3.  Mr. Washington is currently denied sufficient time to access the jail law library and review the noted evidence.

    4.  The interests of justice and judicial economy justify the granting of this request.

    WHEREFORE, for the foregoing reasons, Defendant Tyrone Washington respectfully requests this honorable court to grant his request to provide him adequate access to the jail law library no fewer than three times per week.

Respectfully submitted,

_____

CARY CLENNON   #366816
Counsel for Tyrone Washington
Appointed by the Court

P.O. Box 29302
Washington, D.C. 20017
Telephone: (202) 269-0969

-2-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Criminal No. 07-131-13 (JR) |
| v. : | |
| : | |
| TYRONE WASHINGTON : | |

### O R D E R

This matter comes before the Court on the motion of Defendant Tyrone Washington seeking access to the law library at D.C. Jail no less than three times per week for the purpose of reviewing voluminous wiretap evidence that has been provided on compact discs. The court, after examining the positions of the parties, finds good cause in support of this request. It is therefore, this _____ day of January, 2008,

**ORDERED**, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the Warden of D.C. Jail permit defendant Tyrone Washington, DCDC # ,to use the law library no less than three times per week and allowed sufficient time to review discovery material in the above-captioned case.

**IT IS SO ORDERED.**

_____
JAMES ROBERTSON
United States District Judge